IN THE COURT OF COMMON PLEAS
MAHONING COUNTY, OHIO

| | | |
|---|---|---|
| **STATE OF OHIO** | ) | **CASE NO.: 16 CR 342** |
| PLAINTIFF | ) | |
| VS. | ) | |
| **KALILO ROBINSON** | ) | **AFFIDAVIT OF THOMAS E. ZENA** |
| DEFENDANT | ) | |

Now comes Thomas E. Zena, Affiant herein, being first duly sworn according to law, deposes and states as follows:

1. I am the co-counsel of record for Marquan White in Mahoning County Common Pleas Court, *Case no.: 2015 CR 538, State v. White.* White is charged with aggravated murder, and murder.

2. Kalilo Robinson is listed as a State's witness in discovery provided in that case.

3. On or about January 19, 2016, it was disclosed that Kalilo Robinson was apparently not cooperating with the State in their case against Marquan White.

4. Judge D'Apolito had counsel brought in to speak with Kalilo Robinson

5. During proceedings on the above matter, the Prosecutor for the State of


EXHIBIT A

Ohio, Dawn Cantalamessa, advised that if Robinson did not cooperate the State would proceed to request an indictment against him in the murder case.

6. Counsel for Kalilo Robinson advised that due to the threat made by the Prosecutor, his client would be invoking his Fifth Amendment Right.

7. On April 5, 2016, a pre-trial hearing was held in State v. White, at which Kalilo Robinson invoked his Fifth Amendment Right.

8. The State of Ohio offered immunity to Kalilo Robinson.

9. Immunity was not granted to Kalilo Robinson, nor was Kalilo Robinson ordered to testify or answer further questions.

Further, Affiant sayeth naught.

_____
THOMAS E. ZENA

Sworn to and subscribed in my presence this 7 day of August, 2016.

_____
NOTARY PUBLIC

JAMES R. WISE
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.