IN THE COURT OF COMMON PLEAS

STATE OF OHIO )
) SS:
COUNTY OF MAHONING )

STATE OF OHIO )
) DIRECT PRESENTMENT
) JUDGE
PLAINTIFF ) CASE NO. 16 CR 342
)
VS. ) INDICTMENT FOR
) COUNT ONE
KALILO ROBINSON ) OBSTRUCTING JUSTICE
D.O.B. 1-31-97 ) R.C.2921.32(A)(5)(C)(4) F-3
S.S.#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 ) COUNT TWO
Mahoning County Justice Center or ) OBSTRUCTING JUSTICE
361 E. Lucius ) R.C.2921.32(A)(4)(C)(4) F-3
Youngstown, Ohio ) COUNT THREE
) TAMPERING WITH EVIDENCE
DEFENDANT ) R.C.2921.12(A)(1)(B) F-3

## COUNT ONE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about April 5, 2016, at Mahoning County, do find that KALILO ROBINSON did with purpose to hinder the discovery, apprehension, prosecution, conviction or punishment of another for a crime, or to assist another to benefit from the commission of a crime, communicate false information to any person, in violation of Section 2921.32(A)(5)(C)(4) of the Revised Code, a Felony of the Third Degree, against the peace and dignity of the State of Ohio.

## COUNT TWO

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about April 5, 2016, at Mahoning County, do find that KALILO ROBINSON did with purpose to hinder the discovery, apprehension, prosecution, conviction or punishment of another for a crime, or to assist another to benefit from the commission of a crime, destroy or conceal physical evidence of the crime or act, or induce another to withhold testimony or information or to elude legal process summoning him to testify or supply evidence, in violation of Section 2921.32(A)(4)(C)(4) of the Revised Code, a Felony of the Third Degree, against the peace and dignity of the State of Ohio.



EXHIBIT C

## COUNT THREE

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County of Mahoning, on their oaths, and in the name and by the authority of the State of Ohio, do find and present that on or about April 5, 2016, at Mahoning County, do find that KALILO ROBINSON did knowing that an official proceeding or investigation was about to be or was likely to be instituted, conceal or remove a certain thing, with purpose to impair its value or availability as evidence in such proceeding or investigation, in violation of Section 2921.12(A)(1)(B) of the Revised Code, a Felony of the Third Degree, against the peace and dignity of the State of Ohio.

ENDORSED A TRUE BILL

_____
JESSICA BRIDGES
DEPUTY FOREMAN

_____
PAUL J. GAINS
PROSECUTING ATTORNEY

ARRAIGNMENT DATE:
TUES APR 19, 2016 @ 9:00 AM
JUDGE DURKIN

04/07/16: THIS IS A TRUE COPY
OF THE ORIGINAL INDICT.
FILED IN CASE # 16CR 342
ANTHONY VIVO, CLERK OF
COURTS    BY: J VOGEL