STATE OF OHIO        )
                     )   SS:
MAHONING COUNTY      )


IN THE GRAND JURY

CASE NO. 16 CR 342


DATE:     April 7, 2016

PLACE:    Grand Jury Room
          Mahoning County Courthouse
          Youngstown, Ohio

PRESENT:  Shawn F. Burns
          On Behalf of the State of Ohio

          Detective Sergeant Patrick Kelly, Witness

          The Mahoning County Grand Jury

          Diane M. Kerchofer, RPR
          Official Court Reporter

              *   *   *   *   *   *   *



OFFICIAL SHORTHAND REPORTERS
MAHONING COUNTY  YOUNGSTOWN, OHIO

2

WHEREUPON,

DETECTIVE SERGEANT PATRICK KELLY,

who, being first duly sworn testified as follows:

EXAMINATION

BY MR. BURNS:

Q        Good morning, Detective.  Could you state your full name and spell your last name for the record, please?

A        Detective Sergeant Pat Kelly, K-E-L-L-Y.

Q        Detective, we're here today in the matter of the State of Ohio versus Kalilo Robinson.  Shawn Burns on behalf of the Mahoning County Prosecutor's Office. We're seeking an indictment on the following counts: Count One, obstructing justice, whereby the state is alleging that Kalilo Robinson did with purpose to hinder the discovery, apprehension, prosecution, conviction, punishment of another for a crime, or to assist another to benefit from the commission of a crime by communicating false information to any person. And Count Two, similarly, with the difference that

3

1    we're asking that -- we're seeking an indictment that

2    he assisted another to benefit from the commission of a

3    crime by the destruction or concealing the physical

4    evidence.  In this case it would be his testimony which

5    had previously been given.  And Count Three, tampering

6    with evidence, that he did knowingly in an official

7    proceeding or investigation likely to be instituted,

8    concealed or remove a certain thing for the purpose to

9    impair its value or availability as evidence.  In this

10   case it would be the testimony that he was ordered to

11   give.

12             Detective, how did you become acquainted with

13   the defendant in this matter, Kalilo Robinson?

14   A         I investigated a homicide.  It happened in

15   Thanksgiving a couple years ago.  We had found a male

16   black subject shot about three times in the back of the

17   head on the north side.  Through my investigation I

18   found that it was Kalilo Robinson and Marquan White

19   were the two people who were last with the victim.

20   Kalilo agreed to be a witness for us, and he told us

21   that they were walking on Galaida and Marquan took a

22   gun out and shot the guy in the back of the head and

23   then stood over top of him and shot him two more times

4

1    to the head.

2              Through the course of the investigation I

3    found out that they were at this house, all three of

4    them together, left the house walking, and that's what

5    happened when he shot him.  Yesterday we had a pretrial

6    and Kalilo Robinson invoked his Fifth Amendment right

7    and refused to testify as a witness.

8    Q         Was that done on the record?

9    A         That was on the record.

10   Q         And the statements that you took from him

11   previously, were those all recorded?

12   A         One was recorded, and one was with the court

13   stenographer on a proffer.  So we have two statements

14   of Kalilo Robinson.

15   Q         And could you just briefly tell the grand

16   jurors what you mean by a proffer?

17   A         It's official.  It's with a court reporter.

18   There's an attorney there.  There's a prosecutor there,

19   and I'm there, and we were able to question him.  And

20   so he was able to give both sides of the story.

21   Q         And, in fact, we were taking his statement in

22   exchange for his cooperation and agreement not to

23   charge him in regard to that matter?

5

1    A        Correct.  The reason that being is the actual

2    shooter and Kalilo are completely different looking.

3    The shooter is light skinned and Kalilo is very dark

4    skinned, and we have a witness who saw right after the

5    shooting the light-skin male running with the gun and

6    the dark-skin male running behind him like seconds

7    after the shooting.  So that's why I felt comfortable

8    going to Kalilo and getting him to be a witness.  And

9    when he did that yesterday, it just put a halt to the

10   case.

11   Q        Let's talk a little bit about more in detail

12   what happened yesterday.  We brought him into court and

13   he was put on the witness stand and put under oath; is

14   that correct?

15   A        Correct.  And he invoked his Fifth Amendment

16   right, which was kind of crazy 'cause he's a witness,

17   so.

18   Q        And then once he invoked his Fifth Amendment

19   right, what happened next?

20   A        The prosecutor's office gave him immunity --

21   offered him immunity.

22   Q        Was that done in writing?

23   A        Yes.  I believe you gave it to him, his

6

1  attorney, the defense attorney for the actual shooter,

2  and the judge, so.  And he still refused to testify.

3  Q      Anything else you'd like to add as far as the

4  facts surrounding the incident from yesterday?

5  A      No, that's about it.  The only thing is that

6  I was kind of taken back when he invoked his Fifth

7  Amendment right because he is a witness.  Usually when

8  you invoke your Fifth Amendment right, you have

9  something to hide.  And that kind of stopped it right

10  there.  The trial was done right there at that point.

11  Q      And throughout -- and throughout the

12  conversations you had with him as well as the recorded

13  statement and the one that was not recorded, it was

14  always made clear that his testimony was essential in

15  this case?

16  A      Correct.

17  Q      And that everything that was being done with

18  regard to giving him -- with agreeing not to charge him

19  and then presenting him with immunity was in

20  consideration of that fact?

21  A      Correct.

22  Q      And just so we're clear finally, the evidence

23  that we're talking about that he's concealing in this

OFFICIAL SHORTHAND REPORTERS
MAHONING COUNTY YOUNGSTOWN, OHIO

7

1  matter, is it the physical testimony that he was to

2  provide in court?

3  A        Yes, because he was actually, for lack of a

4  better word, an eyewitness.  He was right there.  It

5  was the victim, shooter, Kalilo Robinson.

6                  MR. BURNS:  Okay.  That's all I have at

7           this time.  Any questions?  Okay.  Thank you.

8                      *   *   *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

8

REPORTER'S CERTIFICATE

I HEREBY CERTIFY that the above and foregoing is a true and correct transcript of the proceedings had in the grand jury of the within-named case as shown by my stenographic notes taken by me during the grand jury and at the time the evidence was being introduced.

DIANE M. KERCHOFER, RPR
OFFICIAL COURT REPORTER

DATE:_____

OFFICIAL SHORTHAND REPORTERS
MAHONING COUNTY YOUNGSTOWN, OHIO