FILED
CLERK OF COURTS
MAHONING COUNTY, OHIO
AUG 16 2016
ANTHONY VIVO, CLERK

STATE OF OHIO ) ss.
MAHONING COUNTY, )

IN THE COURT OF COMMON PLEAS

CASE NO. 15 CR 522
DATE August 16 2016

JUDGMENT ENTRY

Morgan White
PLAINTIFF vs.
DEFENDANT

Jury trial called by court. State's motion for continuance of State's material witness Kalib Robinson shall be addressed on September 12, 2016 @ 11:00am. The witness Kalib Robinson shall remain held without bond in the jail until that hearing.

APPROVED: [signature]
ADS of Attorney for Plaintiff
[signature]
Attorney for Defendant

JUDGE D'Apolito [signature]

CLERK: COPY TO ALL COUNSEL OR UNREPRESENTED PARTY.

EXHIBIT E