IN THE COURT OF COMMON PLEAS
CRIMINAL DIVISION
MAHONING COUNTY, OHIO

CLERK OF COURTS
MAHONING COUNTY, OHIO
AUG 24 2016
FILED
ANTHONY VIVO, CLERK

STATE OF OHIO )
)
    PLAINTIFF )    CASE NO. 15 CR 538
)
-vs.- )    JUDGE LOU A. D'APOLITO
)
)    **AFFIDAVIT**
MARQUAN WHITE, )
)
    DEFENDANT )

STATE OF OHIO    )
) SS:
COUNTY OF MAHONING )

NOW COMES Asst. Prosecutor Dawn P. Cantalamessa (hereinafter "Affiant") and, after having been first duly sworn and cautioned, deposes and says as follows:

1. Affiant is an assistant prosecutor in the Mahoning County Prosecutor's Office and is responsible for prosecuting the case of State of Ohio v. Marquan White, 15 CR 538, an Aggravated Murder Indictment.

2. Affiant, in preparation for the above-referenced prosecution has reviewed all police reports, written witness accounts, and statements.

3. In her review of the evidence, Affiant has determined that KALILO ROBINSON is material and crucial to the prosecution of this case, particularly because he provides evidence which shows identity of the defendant as the shooter of the victim.

4. Affiant attempted to coordinate the testimony through the Prosecutor's Office. KALILO ROBINSON plans to leave town as soon as he is out of jail and not return for the trial.

5. KALILO ROBINSON: The State issued a subpoena to KALILO ROBINSON. An Investigator of the Mahoning County Prosecutor's Office delivered the subpoena.


EXHIBIT F

6. Based on the foregoing, Affiant believes that KALILO ROBINSON is a material witness, that his detention is necessary to procure his attendance at trial, and that he is purposely making himself unavailable to this office.

FURTHER AFFIANT SAYETH NAUGHT.

DAWN P. CANTALAMESSA, Affiant

Sworn to before me and subscribed in my presence this 24th day of August, 2016.

NOTARY PUBLIC

BARBARA ANN VILLIANI, Notary Public
State of Ohio
My Commission Expires: 11-30-19