IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KALILO ROBINSON | ) | CASE NO.:  4:2016-CV-3011 |
| | ) | |
| PLAINTIFF | ) | JUDGE BENITA PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| MAHONING COUNTY, ET AL. | ) | **NOTICE OF SERVICE OF** |
| | ) | **DEFENDANTS' INITIAL** |
| | ) | **DISCLOSURES** |
| DEFENDANTS | ) | |

Now come the Defendants, Mahoning County, Mahoning County Prosecutor Paul Gains, Assistant Mahoning County Prosecutors Dawn Cantalamessa in her individual and official capacities and Shawn Burns, in his official capacity ("Mahoning County Defendants"), by and through the undersigned counsel, and hereby give notice to this Court that the Mahoning County Defendants duly served Initial Disclosures, on March 1, 2017, upon Plaintiff's counsel.

Respectfully submitted,

s/Gina DeGenova Zawrotuk
Gina DeGenova Zawrotuk (#0072559)
Assistant Prosecuting Attorney
Mahoning County Prosecutor's Office
21 W. Boardman Street, 5th Floor
Youngstown, OH 44503
330-740-2330
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the ECF system on the 13th day of March, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's case management electronic case files found within this Court's docket.

/s/ Gina DeGenova Zawrotuk
GINA DeGENOVA ZAWROTUK (0072559)
Assistant Prosecuting Attorney
Mahoning County Prosecutor's Office